## (November 24, 1944.)

JOHN M. HARTZBERG et al., Copartners Doing Business under the Name of J. & L. HARTZBERG, Appellants-Respondents, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent-Appellant.— Judgment unanimously affirmed, without

costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 129;] [See *post,* p. 978.]